| | |
|---|---|
| 1 | G. WHITNEY LEIGH (SBN 153457) |
|   | GONZALEZ & LEIGH, LLP |
| 2 | 744 Montgomery Street, Fifth Floor |
|   | San Francisco, CA  94111 |
| 3 | Telephone: (415) 912-5950 |
|   | Facsimile:  (415) 912-5951 |
| 4 | |
|   | Attorneys for Plaintiff |
| 5 | PETER TURNER |
| 6 | DENNIS J. HERRERA, State Bar #139669 |
|   | City Attorney |
| 7 | ELIZABETH SALVESON, State Bar #83788 |
|   | Chief Labor Attorney |
| 8 | ROSE-ELLEN H. FAIRGRIEVE, State Bar #181257 |
|   | Deputy City Attorney |
| 9 | Fox Plaza |
|   | 1390 Market Street, Floor #5 |
| 10 | San Francisco, California 94102-5408 |
|   | Telephone:  (415) 554-3845 |
| 11 | Facsimile:  (415) 554-4248 |
|   | E-Mail:  rose-ellen.fairgrieve@sfgov.org |
| 12 | |
|   | Attorneys for Defendant |
| 13 | CITY AND COUNTY OF SAN FRANCISCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER TURNER, an individual, | Case No.: 3:11-cv-01427-EMC |
| Plaintiff, | **JOINT STIPULATED REQUEST TO ENLARGE TIME TO COMPLETE EARLY NEUTRAL EVALUATION AND TO CONTINUE STATUS CONFERENCE; [P~~ROPO~~SED] ORDER THEREON** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, THE SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS (SFDPW), Director of Public Works ED REISKIN, SFDPW Manager BRUCE STORRS, SFDPW Manager BARBARA MOY, SFDPW Human Resources Representatives TAMMY WONG, and DORIS URBINA, and other managers, officials, agents, employees whose identities are unknown, | |
| Defendants. | |

1     Pursuant to Civil Local Rule 6-2, Plaintiff PETER TURNER (hereinafter "Plaintiff'), and Defendant CITY AND COUNTY OF SAN FRANCISCO (hereinafter "Defendant"), hereby stipulate to an enlargement of time to complete the Early Neutral Evaluation ("ENE"), and to continue the Further Status Conference, currently set for December 2, 2011.

    WHEREAS, at a Case Management Conference held on July 15, 2011, the Court scheduled the ENE to be completed by November 15, 2011;

    WHEREAS, the parties scheduled the ENE for November 9, 2011;

    WHEREAS, a Further Status Conference has been set for December 2, 2011;

    WHEREAS, Plaintiff's counsel has a case that on October 24, 2011, was set for trial commencing on the date October 27, 2011.  On October 27, 2011 the trial date was continued until November 7, 2011;

    WHEREAS, the case set for trial is an unlawful detainer, subject to expedited scheduling;

    WHEREAS, Defendant's counsel has a deposition scheduled in New Hampshire on December 2, 2011;

    WHEREAS, this is the first request for continuance in this matter; and,

    WHEREAS, the granting of this continuance is not expected to materially affect any other dates set forth in the Court's July 18, 2011 Case Management and Pretrial Order for Jury Trial.

    NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND JOINTLY REQUEST, by and through their respective counsel of record, as follows:

    That the time to complete the ENE, currently ordered to be completed by November 15, 2011, is enlarged to December 15, 2011, that the parties endeavor to complete the ENE by December 9, and that the Further Status Conference, currently set for December 2, 2011, be continued until such later date as may please the Court;

/ /
/ /
/ /
/ /

1   IT IS SO STIPULATED.

2   Dated: October 28, 2011                OFFICE OF THE CITY ATTORNEY
3                                          For The City and County of San Francisco

4
                                           By:  /s/  Rose-Ellen Fairgrieve
5                                             Rose-Ellen Fairgrieve

6

7   Dated: October 28, 2011                GONZALEZ & LEIGH, LLP

8
                                           By:  /s/ G. Whitney Leigh
9                                             G. Whitney Leigh
                                              Attorneys for Plaintiff
10                                            PETER TURNER

11                                      **ORDER**

12      IT IS HEREBY ORDERED that the parties shall complete the Early Neutral

13  Evaluation no later than December 15, 2011.

14      IT IS FURTHER ORDERED that the Further Status Conference is continued and shall

15  take place on ____January 27, 2012 at 10:30 a.m.____.

16      IT IS SO ORDERED.

17

18          11/4/11
19  Dated: _____         _____
                                           HON. EDWARD M. CHEN
20                                         United States District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*