# UNITED STATES DISTRICT COURT

## Northern District of California

### San Francisco Division

| | |
|---|---|
| PETER TURNER,<br>    Plaintiff, | No. C 11-1427 EMC |
| v.<br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br>    Defendants.<br>_____/ | **ORDER RE: ATTENDANCE AT ENE**<br><br>Date:     December 13, 2011<br>Evaluator:  Richard Whitmore |

IT IS HEREBY ORDERED that the request to excuse named defendants Ed Reiskin, Barbara Moy, and Doris Urbina from participating in the December 13, 2011, ENE before Richard Whitmore is GRANTED.

IT IS SO ORDERED.

December 7, 2011     By: _/s/ Elizabeth D. Laporte_
Dated
                                                   Elizabeth D. Laporte
                                          United States Magistrate Judge