UNITED STATES  DISTRICT COURT

Northern District of California

San Francisco Division

PETER TURNER,
           Plaintiff,

     v.

CITY AND COUNTY OF SAN
FRANCISCO, et al.,
           Defendants.
_____/

No. C 11-1427 EMC

**ORDER RE: ATTENDANCE AT ENE**

Date:         December 13, 2011
Evaluator:   Richard Whitmore

     IT IS HEREBY ORDERED that the request to excuse named defendants Ed Reiskin,

Barbara Moy, and Doris Urbina from participating in the December 13, 2011, ENE before Richard

Whitmore is GRANTED.

     IT IS SO ORDERED.

December 7, 2011
Dated

By:

Elizabeth D. Laporte
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California