G. WHITNEY LEIGH (SBN 153457)
GONZALEZ & LEIGH, LLP
744 Montgomery Street, Fifth Floor
San Francisco, CA  94111
Telephone: (415) 912-5950
Facsimile:  (415) 912-5951
Attorneys for Plaintiff
PETER TURNER

DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
ROSE-ELLEN H. FAIRGRIEVE, State Bar #181257
Deputy City Attorney
Fox Plaza
1390 Market Street, Floor #5
San Francisco, California 94102-5408
Telephone:     (415) 554-3845
Facsimile:     (415) 554-4248
E-Mail:        rose-ellen.fairgrieve@sfgov.org
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER TURNER, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, THE SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS (SFDPW), Director of Public Works ED REISKIN, SFDPW Human Resources Representatives TAMMY WONG, and, DORIS URBINA, and other managers, officials, agents, employees whose identities are unknown,<br><br>　　　　　　Defendants. | Case No.: 3:11-cv-01427-EMC<br><br>**JOINT STIPULATED REQUEST TO ENLARGE TIME TO COMPLETE EARLY NEUTRAL EVALUATION; [PROPOSED] ORDER THEREON** |

Pursuant to Civil Local Rule 6-2, Plaintiff, PETER TURNER (hereinafter "Plaintiff'), and Defendant CITY AND COUNTY OF SAN FRANCISCO (hereinafter "Defendant"), hereby stipulate to an enlargement of time to complete the Early Neutral Evaluation ("ENE").

WHEREAS, pursuant to the Court's November 4, 2011 Order to enlarge time to complete the ENE and to continue the status conference, the Court scheduled the ENE to be completed by December 15, 2011 and a Further Status Conference to be held on January 27, 2012;

WHEREAS, the parties scheduled the ENE for 9:30 a.m., on December 13, 2011;

WHEREAS, on November 17, 2011, the California Court of Appeal, Sixth Appellate District scheduled Plaintiff's lead counsel, G. Whitney Leigh for oral argument, *sua sponte*, for December 13, 2011, at 9:00 a.m. in the appeal of *De Anza Interiors, et al. v. Richard Hsu* (Superior Court Case No. 1-07-CV-082250);

WHEREAS, Plaintiff's counsel informed all counsel and the neutral, Richard S. Whitmore of this scheduling conflict on December 6, 2011 and requested to reschedule the ENE to the afternoon of December 13, 2011;

WHEREAS, the parties and Mr. Whitmore were unable to reschedule the ENE to a time prior to the ENE completion date;

WHEREAS, the granting of this continuance is not expected to materially affect any other dates set forth in the Court's July 18, 2011 Case Management And Pretrial Order for Jury Trial.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND JOINTLY REQUEST, by and through their respective counsel of record, as follows:

///

///

///

2
**STIPULATION CONTINUING EARLY NEUTRAL EVALUATION, CASE NO.** 3:11-cv-01427-EMC

That the time to complete the ENE, currently ordered to be completed by December 15, 2011, is enlarged to January 16, 2012 and that the parties endeavor to complete the ENE by January 9, 2012.

SO REQUESTED AND STIPULATED:

Dated:  December 12, 2011						OFFICE OF THE CITY ATTORNEY
										For The City And County Of San Francisco


										By:  /s/  Rose-Ellen Fairgrieve
										      Rose-Ellen Fairgrieve

Dated:  December 12, 2011						GONZALEZ & LEIGH, LLP


										By:  /s/ G. Whitney Leigh
										      G. Whitney Leigh,
										      Attorneys for Plaintiff,
										      PETER TURNER

### ORDER

IT IS HEREBY ORDERED that the parties shall complete the Early Neutral Evaluation no later than January 16, 2012;

IT IS FURTHER ORDERED that the Further Status Conference is continued and shall take place on ___February 3, 2012 at 10:30 a.m.___.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _____12/28_____, 2011				UNITED STATES DISTRICT COURT


								BY:_____
								HON. EDWARD M. CHEN, United States
								District Court Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

3
**STIPULATION CONTINUING EARLY NEUTRAL EVALUATION** — 11-cv-01427-EMC