G. WHITNEY LEIGH (SBN 153457)
GONZALEZ & LEIGH, LLP
744 Montgomery Street, Fifth Floor
San Francisco, CA 94111
Telephone: (415) 912-5950
Facsimile: (415) 912-5951

Attorneys for Plaintiff
PETER TURNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER TURNER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, THE SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS (SFDPW), Director of Public Works ED REISKIN, SFDPW Manager BRUCE STORRS, SFDPW Manager BARBARA MOY, SFDPW Human Resources Representatives TAMMY WONG and, DORIS URBINA, and other managers, officials, agents, employees whose identities are unknown,<br><br>Defendants. | Case No. 3:11-cv-01427-EMC<br><br>**JOINT STIPULATED REQUEST TO EXTEND SETTLMENT STATUS CONFERENCE DATE; TO ENLARGE TIME TO COMPLETE EARLY NEUTRAL EVALUATION; AND TO EXTEND DISCOVERY CUT-OFF; [PROPOSED] ORDER THEREON** |

1  WHEREAS, given lead counsel's unavailability, the parties and Mr. Whitmore have
2  stipulated to continuing the Status Conference until after March 15, 2012;
3  WHEREAS, given lead counsel's for Plaintiff Peter Turner's trial setting in another
4  matter; trial counsel for Plaintiff Peter Turner is unable to attend the February 3, 2012 settlement
5  conference;
6  WHEREAS, the granting of a continuance on the settlement conference and ENE
7  completion date would affect the April 13, 2012 discovery cut-off in this matter; parties also
8  stipulate and, therefore, request an extension of the discovery cut-off date.
9  NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND JOINTLY
10 REQUEST, by and through their respective counsel of record, as follows:
11 That the status conference currently scheduled for February 3, 2012 be set for sometime
12 after March 15, 2012; the time to complete the ENE be enlarged to February 28, 2012; and that
13 the discovery cut-off date be set commensurate with the new status conference date.
14 SO REQUESTED AND STIPULATED:

Dated: January 26, 2012                OFFICE OF THE CITY ATTORNEY
                                       For The City And County Of San Francisco


                                       By: /s/ Rose-Ellen Fairgrieve
                                       Rose-Ellen Fairgrieve


Dated: January 26, 2012                GONZALEZ & LEIGH, LLP


                                       By: /s/ G. Whitney Leigh
                                       G. Whitney Leigh,
                                       Attorneys for Plaintiff
                                       PETER TURNER

1  [PROP~~OS~~ED] ORDER

2

3       IT IS HEREBY ORDERED that the parties shall complete the Early Neutral

4  Evaluation no later than February 28, 2012;

5       IT IS FURTHER ORDERED that the Further Status Conference is continued and shall

6  take place on _____March 16, 2012 at 10:30 a.m.___, ~~and~~

7       IT IS FURTHER ORDERED that discovery ~~cut-off is continued until~~ deadlines (expert

8  and non-expert) to be extended by two weeks after dates currently scheduled.

9

10

11      PURSUANT TO STIPULATION, IT IS SO ORDERED:

12  Dated: _____2/1_____, 2012         UNITED STATES DISTRICT COURT

13

14                                     BY: _____

15                                     HON. EDWARD M. CHEN, United States

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]*