| | |
|---|---|
| 1 | G. WHITNEY LEIGH (SBN 153457) |
|   | GONZALEZ & LEIGH LLP |
| 2 | 744 Montgomery Street, Fifth Floor |
|   | San Francisco, CA  94111 |
| 3 | Telephone:  (415) 912-5950 |
|   | Facsimile:  (415) 912-5951 |
| 4 | |
|   | Attorneys for Plaintiff |
| 5 | PETER TURNER |

DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
ROSE-ELLEN H. FAIRGRIEVE, State Bar #181257
Deputy City Attorney
Fox Plaza
1390 Market Street, Floor #5
San Francisco, California 94102-5408
Telephone:     (415) 554-3845
Facsimile:     (415) 554-4248
E-Mail:        rose-ellen.fairgrieve@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER TURNER, an individual, | Case No. 3:11-cv-01427-EMC |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO,  THE SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS (SFDPW), Director of Public Works ED REISKIN, SFDPW Manager BRUCE STORRS, SFDPW Manager BARBARA MOY, SFDPW Human Resources Representatives TAMMY WONG and, DORIS URBINA, and other managers, officials, agents, employees whose identities are unknown, | |
| Defendants | |

1   The status conference is currently set for March 16, 2012 at 10:30 a.m.  The parties take
2   the Court's admonitions seriously, however, however, lead counsel for Peter Turner, G. Whitney
3   Leigh, is currently unavailable due to acute injury, and will not return to the office until March
4   26, 2012.  Mr. Leigh's unavailability will make it very difficult, if not impossible to attend the
5   current scheduled status conference on March 16, 2012.

6   In light of Mr. Leigh's schedule, and in the interests of having a meaningful status
7   conference where all parties can attend, the parties, by and through their respective counsel of
8   record, respectfully request that the Court continue the March 16, 2012 status conference to April
9   6, 2012, or any time convenient to the Court.

Dated:  March 14, 2012           GONZALEZ & LEIGH LLP


                                 By: _/s/ G. Whitney Leigh_____
                                      G. Whitney Leigh
                                      Attorneys for Plaintiff
                                      PETER TURNER




Dated:  March 14, 2012           DENNIS J. HERRERA
                                 City Attorney
                                 ELIZABETH S. SALVESON
                                 Chief Labor Attorney
                                 ROSE-ELLEN HEINZ FAIRGRIEVE
                                 Deputy City Attorneys

                                 By: _/s/ Rose-Ellen Heinz Fairgrieve_____
                                      ROSE-ELLEN HEINZ FAIRGRIEVE
                                      Attorneys for Defendant
                                      CITY AND COUNTY OF SAN FRANCISCO

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The status conference, currently set for March 16, 2012 at 10:30 a.m., is hereby |
| 3 | continued to April 6, 2012, at 10:30 a.m. |
| 4 | **IT IS SO ORDERED.** |
| 5 | |
| 6 | |
| 7 | Dated: 3/15/12 |
| 8 | EDWARD M. CHEN |
| 9 | United States District Judge |

*IT IS SO ORDERED*
*Judge Edward M. Chen*