| | |
|---|---|
| 1 | G. WHITNEY LEIGH (SBN 153457) |
| | GONZALEZ & LEIGH LLP |
| 2 | 744 Montgomery Street, Fifth Floor |
| | San Francisco, CA 94111 |
| 3 | Telephone: (415) 912-5950 |
| | Facsimile: (415) 912-5951 |
| 4 | |
| | Attorneys for Plaintiff |
| 5 | PETER TURNER |

DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
ROSE-ELLEN H. FAIRGRIEVE, State Bar #181257
Deputy City Attorney
Fox Plaza
1390 Market Street, Floor #5
San Francisco, California 94102-5408
Telephone:    (415) 554-3845
Facsimile:     (415) 554-4248
E-Mail:          rose-ellen.fairgrieve@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER TURNER, an individual, | Case No. 3:11-cv-01427-EMC |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, THE SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS (SFDPW), Director of Public Works ED REISKIN, SFDPW Manager BRUCE STORRS, SFDPW Manager BARBARA MOY, SFDPW Human Resources Representatives TAMMY WONG and, DORIS URBINA, and other managers, officials, agents, employees whose identities are unknown, | |
| Defendants | |

1     The status conference is currently set for March 16, 2012 at 10:30 a.m.  The parties take
2 the Court's admonitions seriously, however, however, lead counsel for Peter Turner, G. Whitney
3 Leigh, is currently unavailable due to acute injury, and will not return to the office until March
4 26, 2012.  Mr. Leigh's unavailability will make it very difficult, if not impossible to attend the
5 current scheduled status conference on March 16, 2012.

6     In light of Mr. Leigh's schedule, and in the interests of having a meaningful status
7 conference where all parties can attend, the parties, by and through their respective counsel of
8 record, respectfully request that the Court continue the March 16, 2012 status conference to April
9 6, 2012, or any time convenient to the Court.

10 Dated:  March 14, 2012        GONZALEZ & LEIGH LLP

12         By: _/s/ G. Whitney Leigh_____
          G. Whitney Leigh
13           Attorneys for Plaintiff
          PETER TURNER

16 Dated:  March 14, 2012        DENNIS J. HERRERA
17         City Attorney
        ELIZABETH S. SALVESON
18         Chief Labor Attorney
        ROSE-ELLEN HEINZ FAIRGRIEVE
19         Deputy City Attorneys

20         By: _/s/ Rose-Ellen Heinz Fairgrieve_____
21           ROSE-ELLEN HEINZ FAIRGRIEVE
          Attorneys for Defendant
22           CITY AND COUNTY OF SAN FRANCISCO

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | The status conference, currently set for March 16, 2012 at 10:30 a.m., is hereby |
| 3 | continued to April 6, 2012, at 10:30 a.m. |
| 4 | **IT IS SO ORDERED.** |

Dated: 3/15/12

_____
EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED.*
*Judge Edward M. Chen*