| | |
|---|---|
| 1 | G. WHITNEY LEIGH (SBN 153457) |
|   | GONZALEZ & LEIGH LLP |
| 2 | 744 Montgomery Street, Fifth Floor |
|   | San Francisco, CA  94111 |
| 3 | Telephone:  (415) 912-5950 |
|   | Facsimile:  (415) 912-5951 |
| 4 | |
|   | Attorneys for Plaintiff |
| 5 | PETER TURNER |

DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
ROSE-ELLEN H. FAIRGRIEVE, State Bar #181257
Deputy City Attorney
Fox Plaza
1390 Market Street, Floor #5
San Francisco, California 94102-5408
Telephone:  (415) 554-3845
Facsimile:  (415) 554-4248
E-Mail:  rose-ellen.fairgrieve@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER TURNER, an individual, | Case No. 3:11-cv-01427-EMC |
| Plaintiff, | **JOINT STIPULATION TO EXTEND DEADLINE TO COMPLETE SETTLEMENT CONFERENCE AND [PROPOSED] ORDER** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO,  THE SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS (SFDPW), Director of Public Works ED REISKIN, SFDPW Manager BRUCE STORRS, SFDPW Manager BARBARA MOY, SFDPW Human Resources Representatives TAMMY WONG and, DORIS URBINA, and other managers, officials, agents, employees whose identities are unknown, | |
| Defendants | |

To the HONORABLE COURT:

The Court's current scheduling order requires the parties to complete a settlement conference. The parties have agreed to a settlement conference before the Honorable Joseph C. Spero, to occur on August 30, 2012. However, August 30, 2012 is beyond the deadline set for the parties to complete the settlement conference. For this reason, the parties respectfully request that the Court extend the deadline to complete the settlement conference to September 1, 2012.

Dated: May 29, 2012     GONZALEZ & LEIGH LLP

By: _/s/ G. Whitney Leigh_____
 G. Whitney Leigh
 Attorneys for Plaintiff
 PETER TURNER

Dated: May 29, 2012     DENNIS J. HERRERA
 City Attorney
 ELIZABETH S. SALVESON
 Chief Labor Attorney
 ROSE-ELLEN HEINZ FAIRGRIEVE
 Deputy City Attorneys

By: _/s/ Rose-Ellen Heinz Fairgrieve_____
 ROSE-ELLEN HEINZ FAIRGRIEVE
 Attorneys for Defendant
 CITY AND COUNTY OF SAN FRANCISCO

## ORDER

GOOD CAUSE APPEARING, the deadline for the parties to complete the settlement conference ordered by this Court is extended to September 1, 2012

**IT IS SO ORDERED.**

Dated: _____May 31, 2012_____     _____
 EDWARD M. CHEN
 United States District Judge

*[Stamp: IT IS SO ORDERED / Judge Edward M. Chen / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

1
JOINT STIPULATION AND [PROPOSED]
Case No. 3:11-cv-01427-EMC