1 | G. WHITNEY LEIGH (SBN 153457)
    GONZALEZ & LEIGH LLP
2 | 744 Montgomery Street, Fifth Floor
    San Francisco, CA 94111
3 | Telephone: (415) 912-5950
    Facsimile: (415) 912-5951
4 |
    Attorneys for Plaintiff
5 | PETER TURNER

6 |
    DENNIS J. HERRERA, State Bar #139669
7 | City Attorney
    ELIZABETH SALVESON, State Bar #83788
8 | Chief Labor Attorney
    ROSE-ELLEN H. FAIRGRIEVE, State Bar #181257
9 | Deputy City Attorney
    Fox Plaza
10 | 1390 Market Street, Floor #5
     San Francisco, California 94102-5408
11 | Telephone: (415) 554-3845
     Facsimile: (415) 554-4248
12 | E-Mail: rose-ellen.fairgrieve@sfgov.org

13 | Attorneys for Defendant
     CITY AND COUNTY OF SAN FRANCISCO
14 |

15 |              UNITED STATES DISTRICT COURT

16 |              NORTHERN DISTRICT OF CALIFORNIA

17 | PETER TURNER, an individual,              | Case No. 3:11-cv-01427-EMC

18 |               Plaintiff,                   | **JOINT STIPULATION TO EXTEND
                                                | DEADLINE TO COMPLETE
19 |         vs.                                | SETTLEMENT CONFERENCE AND
                                                | [PROPOSED] ORDER**
20 |
     CITY AND COUNTY OF SAN
21 | FRANCISCO, THE SAN FRANCISCO
     DEPARTMENT OF PUBLIC WORKS
22 | (SFDPW), Director of Public Works ED
     REISKIN, SFDPW Manager BRUCE
23 | STORRS, SFDPW Manager BARBARA
     MOY, SFDPW Human Resources
24 | Representatives TAMMY WONG and,
     DORIS URBINA, and other managers,
25 | officials, agents, employees whose
     identities are unknown,
26 |
27 |               Defendants
28 |

**JOINT STIPULATION AND [PROPOSED] ORDER
Case No. 3:11-cv-01427-EMC**

To the HONORABLE COURT:

The Court's current scheduling order requires the parties to complete a settlement conference. The parties have agreed to a settlement conference before the Honorable Joseph C. Spero, to occur on August 30, 2012. However, August 30, 2012 is beyond the deadline set for the parties to complete the settlement conference. For this reason, the parties respectfully request that the Court extend the deadline to complete the settlement conference to September 1, 2012.

Dated: May 29, 2012

GONZALEZ & LEIGH LLP

By: /s/ G. Whitney Leigh
G. Whitney Leigh
Attorneys for Plaintiff
PETER TURNER

Dated: May 29, 2012

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
ROSE-ELLEN HEINZ FAIRGRIEVE
Deputy City Attorneys

By: /s/ Rose-Ellen Heinz Fairgrieve
ROSE-ELLEN HEINZ FAIRGRIEVE
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

## ORDER

GOOD CAUSE APPEARING, the deadline for the parties to complete the settlement conference ordered by this Court is extended to September 1, 2012

**IT IS SO ORDERED.**

Dated: May 31, 2012  _____
EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

1
JOINT STIPULATION AND [PROPOSED]
Case No. 3:11-cv-01427-EMC