G. WHITNEY LEIGH (SBN 153457)
GONZALEZ & LEIGH LLP
744 Montgomery Street, Fifth Floor
San Francisco, CA 94111
Telephone: (415) 912-5950
Facsimile: (415) 912-5951

Attorneys for Plaintiff
PETER TURNER


DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
ROSE-ELLEN H. FAIRGRIEVE, State Bar #181257
Deputy City Attorney
Fox Plaza
1390 Market Street, Floor #5
San Francisco, California 94102-5408
Telephone: (415) 554-3845
Facsimile: (415) 554-4248
E-Mail: rose-ellen.fairgrieve@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER TURNER, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, THE SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS (SFDPW), Director of Public Works ED REISKIN, SFDPW Manager BRUCE STORRS, SFDPW Manager BARBARA MOY, SFDPW Human Resources Representatives TAMMY WONG and, DORIS URBINA, and other managers, officials, agents, employees whose identities are unknown,<br><br>　　　　　　　Defendants | Case No. 3:11-cv-01427-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON RESPONSIVE MOTION** |

To the HONORABLE COURT:

WHEREAS:

The Court has granted plaintiff leave to file a Fourth Amended Complaint;

Defendants intend to move to dismiss all or portions of the Fourth Amended Complaint;

Plaintiff and Defendants' counsel have upcoming vacation schedules that overlap with the operative deadlines that would apply under the local rules based on the filing of the complaint as of this date;

Counsel have agreed to a briefing schedule that would accommodate the respective vacations and allow for completion of the briefing fourteen days in advance of the hearing; and

Good cause therefore exists to depart from the briefing schedule ordinarily operative under the local rules;

IT IS STIPULATED between the parties in this action, plaintiff and defendant, through their attorneys of record, that Peter Turner may file a Fourth Amended Complaint as of June 26, 2012, Defendant's responsive motion will be due on July 6, 2012; Plaintiff's opposition will be due on August 1, 2012 and Defendant's reply will be due on August 10, 2012.

The Hearing set for Defendants' motion is set for August 24, 2012 at 1:30 p.m.

Dated:  June 26, 2012                        GONZALEZ & LEIGH LLP


                                             By: _/s/ G. Whitney Leigh_____
                                                  G. Whitney Leigh
                                                  Attorneys for Plaintiff
                                                  PETER TURNER

Dated:  June 26, 2012                        DENNIS J. HERRERA
                                             City Attorney
                                             ELIZABETH S. SALVESON
                                             Chief Labor Attorney
                                             ROSE-ELLEN HEINZ FAIRGRIEVE
                                             Deputy City Attorneys

                                             By: _/s/ Rose-Ellen Heinz Fairgrieve_____
                                                  ROSE-ELLEN HEINZ FAIRGRIEVE
                                                  Attorneys for Defendant
                                                  CITY AND COUNTY OF SAN FRANCISCO

1
2                              **ORDER**
3        GOOD CAUSE APPEARING,
4        **IT IS SO ORDERED.**
5
6                  June 28, 2012
7   Dated: _____     _____
8                                              United States District Court Judge

*IT IS SO ORDERED*

Judge Edward M. Chen