G. WHITNEY LEIGH (SBN 153457)
LEE A. HEPNER (SBN 281522)
GONZALEZ & LEIGH LLP
744 Montgomery Street, Fifth Floor
San Francisco, CA  94111
Telephone:  (415) 912-5950
Facsimile:  (415) 912-5951

Attorneys for Plaintiff
PETER TURNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER TURNER, an individual, | Case No. 3:11-cv-01427-EMC |
| Plaintiff, | **STIPULATION AND [P~~ROPOSED~~] ORDER TO EXTEND BRIEFING SCHEDULE OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIFTH AMENDED COMPLAINT** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO,  THE SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS (SFDPW), Director of Public Works, ED REISKIN, SFDPW Manager, BRUCE STORRS, SFDPW Manager, and other managers, officials, agents and employees whose identities are unknown, | Hearing Date:  November 30, 2012<br>Time:  1:30 p.m.<br>Place:  17th Floor, Courtroom 5<br><br>Trial Date:  March 18, 2013 |
| Defendants. | |

**WHEREAS:**

1.      Defendants City and County of San Francisco, Ed Reiskin, and Bruce Storrs filed a Motion to Dismiss Plaintiffs' Fifth Amended Complaint on October 15, 2012;

2.      Plaintiff's Opposition Brief to that Motion to Dismiss is due on October 29, 2012;

3.      Plaintiff and Defendants have agreed to extend the briefing schedule by one week, allowing Plaintiff to file his Opposition papers on November 5, 2012, and for Defendants to file their reply on November 12, 2012;

4.      The hearing date is currently set for November 30, 2012; and

5.      The Court has inherent authority to modify the current briefing schedule and extend the due dates for Plaintiff's opposition papers and Defendants' reply papers accordingly.

**THE PARTIES HEREBY STIPULATE THAT:**

Good cause appearing, the briefing schedule is extended so that Plaintiff may file his Opposition to Defendants' Motion to Dismiss Plaintiff's Fifth Amended Complaint on November 5, 2012, and Defendants may file their Reply to Plaintiff's Opposition on November 12, 2012.


Dated:  October 26, 2012                    Respectfully submitted,

                                           GONZALEZ & LEIGH LLP


                                           By: */s/ G. Whitney Leigh*
                                           G. Whitney Leigh
                                           Attorney for Plaintiff Peter Turner

1

Dated:  October 26, 2012                    OFFICE OF THE CITY ATTORNEY

2

3

4                                            By: */s/ Rose-Ellen H. Fairgrieve*
                                                 Rose-Ellen H. Fairgrieve
5                                                Attorney for Defendants
                                                 City and County of San Francisco, Ed
6                                                Reiskin, and Bruce Storrs

7

8

9         **IT IS SO ORDERED.**

10

11    Dated:  _____October 26, 2012_____     _____

12                                                 Honorable Edward M. Chen
                                                   UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER**
**Case No. 3:11-cv-01427-EMC**