1  G. WHITNEY LEIGH (SBN 153457)
   LEE A. HEPNER (SBN 281522)
2  GONZALEZ & LEIGH LLP
   744 Montgomery Street, Fifth Floor
3  San Francisco, CA  94111
   Telephone:  (415) 912-5950
4  Facsimile:  (415) 912-5951

5
   Attorneys for Plaintiff
6  PETER TURNER

7

8

9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11

12 | PETER TURNER, an individual, | Case No. 3:11-cv-01427-EMC

13 |                Plaintiff, | **STIPULATION AND [P~~ROPOS~~ED] ORDER TO EXTEND BRIEFING SCHEDULE OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIFTH AMENDED COMPLAINT**

14 |        vs. |

15 | CITY AND COUNTY OF SAN FRANCISCO, THE SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS (SFDPW), Director of Public Works, ED REISKIN, SFDPW Manager, BRUCE STORRS, SFDPW Manager, and other managers, officials, agents and employees whose identities are unknown, | Hearing Date:  November 30, 2012
   |  | Time:          1:30 p.m.
   |  | Place:         17th Floor, Courtroom 5
   |  |
   |  | Trial Date:    March 18, 2013

20 |                Defendants.

**WHEREAS:**

1. Defendants City and County of San Francisco, Ed Reiskin, and Bruce Storrs filed a Motion to Dismiss Plaintiffs' Fifth Amended Complaint on October 15, 2012;

2. Plaintiff's Opposition Brief to that Motion to Dismiss is due on October 29, 2012;

3. Plaintiff and Defendants have agreed to extend the briefing schedule by one week, allowing Plaintiff to file his Opposition papers on November 5, 2012, and for Defendants to file their reply on November 12, 2012;

4. The hearing date is currently set for November 30, 2012; and

5. The Court has inherent authority to modify the current briefing schedule and extend the due dates for Plaintiff's opposition papers and Defendants' reply papers accordingly.

**THE PARTIES HEREBY STIPULATE THAT:**

Good cause appearing, the briefing schedule is extended so that Plaintiff may file his Opposition to Defendants' Motion to Dismiss Plaintiff's Fifth Amended Complaint on November 5, 2012, and Defendants may file their Reply to Plaintiff's Opposition on November 12, 2012.

Dated:  October 26, 2012               Respectfully submitted,

                                       GONZALEZ & LEIGH LLP


                                       By: */s/ G. Whitney Leigh*
                                           G. Whitney Leigh
                                           Attorney for Plaintiff Peter Turner

1  Dated: October 26, 2012                OFFICE OF THE CITY ATTORNEY
2
3
4                                          By: */s/ Rose-Ellen H. Fairgrieve*
                                               Rose-Ellen H. Fairgrieve
5                                              Attorney for Defendants
                                               City and County of San Francisco, Ed
6                                              Reiskin, and Bruce Storrs
7
8
9     **IT IS SO ORDERED.**
10
11    Dated: _____October 26, 2012_____    _____
12                                               Honorable Edward M. Chen
                                                 UNITED STATES DISTRICT JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

**STIPULATION AND [PROPOSED] ORDER**
**Case No. 3:11-cv-01427-EMC**